686 A.2d 1189

IN THE MATTER OF JAY G. HELT, AN ATTORNEY AT LAW.

January 16, 1997.

## ORDER

The Disciplinary Review Board on December 17, 1996, having filed with the Court its decision concluding that **JAY G. HELT** of **MONMOUTH BEACH,** who was admitted to the bar of this State in 1983, should be reprimanded for violating *RPC* 1.16(d), (failure to turn over files) and *RPC* 8.1(b), (failure to cooperate with disciplinary authorities), and good cause appearing;

It is ORDERED that **JAY G. HELT** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.